Samuel Kapitofsky, Appellant, v. Sandow's Realty Co., Inc., Respondent.— Motion to dismiss appeal denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

Frank Kelly, as Administrator, etc., of Mary M. Kelly, Deceased, Appellant, v. Long Island Railroad Company, Respondent.— Motion for reargument denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

William J. McDermott, Appellant, v. William Johnston Books, Respondent. — Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ. Settle order upon notice.

David Nissenwitz, Respondent, v. Jennie Yustein and Others, Appellants.— Motion to dismiss appeal denied upon condition that within five days from entry of the order herein appellants pay respondent twenty dollars costs, and bring on the case for argument at the October term. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

Joseph A. O'Hara, Respondent, v. Viola Carpenter, etc., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

Victoria O'Hara, Respondent, v. Viola Carpenter, etc., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

John O'Neill, as Administrator, etc., of James O'Neill, Deceased, Respondent, v. Hudson River Day Line, Inc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

The People of the State of New York, Respondent, v. John Regell, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

The People of the State of New York ex rel. George S. Abell, Relator, v. John H. Clarkson and Others, Appellants. John E. Preston and William W. Stuart, Intervenors.— Motion to dismiss appeal granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

The People of the State of New York ex rel. Mathews Building Company, Appellant, v. Charles W. Berry, as Comptroller of the City of New York, and Another, Respondents.— Motion to resettle order granted. Order signed. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

The Queensboro National Bank of the City of New York, Respondent, v. William F. Kelly, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

H. Craig Severence, Respondent, v. F. R. Publishing Corporation and Blanchard Press, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.